IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID YOUNG, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN ROBSON, et al., <br><br> Defendants. | ORDER DISMISSING REMAINING COUNTERCLAIMS <br><br><br> Case No. 2:07-CV-643 TS |

On November 8, 2010, the Tenth Circuit issued an Order[1] in this matter which stated that three counterclaims asserted by Defendants Gordon Duval, Gregory Hanson, and Duval Haws & Moody, P.C. had not been addressed in this Court's July 29, 2009, Memorandum Decision granting Defendants' Motions for Summary Judgment.[2] The Tenth Circuit subsequently dismissed the case on December 29, 2010, for lack of jurisdiction.

On February 24, 2011, this Court issued an Order to Show Cause directing Defendants Gordon Duval, Gregory Hanson, and Duval Haws & Moody, P.C. to show cause why their

---

[1]Docket No. 132.

[2]Docket No. 114.

1

remaining counterclaims should not be dismissed for failure to prosecute. They were directed to respond within fourteen (14) days and have not done so. Consequently, it is hereby

ORDERED that the remaining counterclaims in this matter are dismissed for failure to prosecute. It is further

ORDERED that Defendants Kevin Robson, Daniel Bertch, and Bertch, P.C.'s Motion to Certify Judgment as Final (Docket No. 134) is DENIED AS MOOT. This ruling resolves all issues in this case and constitutes a final judgment. The Clerk of the Court is directed to close this case.

DATED   March 15, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge